JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE D. WILLIAMSON, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>        Defendant. | CASE NO.: CV09-07326 JST (PJWx)<br><br>Honorable Josephine S. Tucker<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE BASED ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Trial Date: March 22, 2011 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notesfff692\stip re dismiss - proposed order.doc          -1-

1

ORDER

2

3       IT IS HEREBY ORDERED that the above-captioned action is dismissed, with

4  prejudice, pursuant to the stipulation of the parties, with each party bearing his or its

5  own attorneys' fees and costs and waiving all rights of appeal.

6

7  DATED:  <u>October 28, 2010</u>      **<u>JOSEPHINE STATON TUCKER</u>**

8                            Hon. Josephine S. Tucker

9                            United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28